**Form 8**

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Mohsenzadeh v. Lee

No. 14-1499

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Sec Petitioners and Appellants. File this form with the clerk within 14 days of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro se     X  As counsel for:   Hossein Mohsenzadeh
                                   Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus Curiae   ☐ Cross Appellant

☑ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant       ☐ Respondent or appellee

My address and telephone are:

Name: Michael A. Oakes
Law firm: Hunton & Williams LLP
Address: 2200 Pennsylvania Avenue, N.W.
City, State and ZIP: Washington, D.C. 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
Email address: moakes@hunton.com

Statement to be completed by counsel only (select one):

   X   I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to the Federal Circuit bar (counsel only): 4/19/2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes    X  No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: June 11, 2014              /s/ Michael A. Oakes

cc: see attached certificate of service

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of June, 2014, the foregoing ENTRY OF APPEARANCE was electronically filed with the Clerk of the Court using the CM/ECF system which will issue an electronic notification of filing to the following:

*Counsel for the Defendant*

      Antonia Konkoly
Assistant United States Attorney
Justin W. Williams U.S. Attorneys' Building
2100 Jamieson Avneue
Alexandria, Virginia 22314
Tel: (703) 299-3799
Fax: (703) 299-3983
antonia.konkoly@usdoj.gov

/s/ Michael A. Oakes
Michael A. Oakes
Hunton & Williams, LLC
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
moakes@hunton.com
*Attorney for Hossein Mohsenzadeh*